UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| THE BANK OF BEAVER CITY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:03-CV-575 |
| | ) | (VARLAN/SHIRLEY) |
| MARY ELIZABETH BRANHAM, | ) | |
| ADMINISTRATRIX OF THE ESTATE | ) | |
| OF ELMO MAYES, HELEN MAYES, | ) | |
| and ACM, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the plaintiff's motion to strike [Doc. 58] is hereby **DENIED** and the defendants' joint motion for abstention [Doc. 51] is hereby **GRANTED** on the grounds that this case falls within the domestic relations and probate exceptions to federal jurisdiction. Accordingly, this case is **DISMISSED without prejudice**. The Clerk is directed to close this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE